U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 1 1 2013

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| ANZETTA SMITH | CIVIL ACTION NO. 5:12-cv-3000 |
| LA. DOC #107876 | |
| VS. | SECTION P |
| | JUDGE ELIZABETH E. FOOTE |
| LaSALLE MGMT. CO., ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 10th day of March, 2013.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE